## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Katina Louise Gibson<br>6183 Clayts Circle<br>Macon, GA  31216 | **CHAPTER 13**<br><br><br>**Case Number:** 12-53102-JPS<br><br><br><br>**ATTORNEY:**  JULIUS M. KING, LLC |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $482.57 in unclaimed funds on behalf of the above-referenced debtor.  The last known address for the creditor is as follows:


VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR STE 550
WELDON SPRING, MO 63304



**DATED:** March 17, 2016


/s/ Camille Hope
_____

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**